FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 5 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02207-MSK-MEH

CANH GIA HOANG,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICE,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that service shall be effected on Mario R. Ortiz, District Director, U.S. Citizenship and Immigration Services, 4730 Paris Street, Denver, CO 80239, as they are the proper persons to be served in this action pursuant to 8 C.F.R. § 336.9(b). It is

FURTHER ORDERED that Defendant or counsel for Defendant shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process.

DATED this 3rd day of November, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02207-MSK-MEH

Canh Gia Hoang
4845 Gibralter St.
Denver, CO 80249

U.S. Citizenship and Immigration Services - **CERTIFIED**
Mario R. Ortiz, District Director
4730 Paris St.
Denver, CO 80239

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to; Janice Jacobs, Dan Ice, and James B. Peake; The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 10/21/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/5/08.

                                          GREGORY C. LANGHAM, CLERK

                                          By:_____
                                                        Deputy Clerk